UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA,

    Plaintiff,

                                                No. 19-13188

v

                                                HON. ROBERT H. CLELAND

JOCELYN BENSON, in her official
capacity as the Michigan Secretary     MAG. ANTHONY P. PATTI
of State,

    Defendant.

_____/

Andrew Nickelhoff (P37990)
Attorney for Plaintiff
333 W. Fort Street, Suite 1400
Detroit, Michigan  48226
313.496.9515

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659

_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFFS' COMPLAINT**

1

The parties hereby stipulate and agree to a 21 day extension for Defendant to file a first responsive pleading to Plaintiff's complaint:

**IT IS HEREBY ORDERED** that a response to the complaint will be required from Defendant Benson on or before December 12, 2019.

Date: 11/22/2019      s/Robert H. Cleland
                             HON. ROBERT H. CLELAND
                             District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Andrew Nickelhoff (w/consent)*      Dated: November 20, 2019
Andrew Nickelhoff (P37990)
Attorney for Plaintiff
333 W. Fort Street, Suite 1400
Detroit, Michigan 48226
313.496.9515

*s/Heather S. Meingast*      Dated: November 20, 2019
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659