AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Priorities USA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-13188-RHC-APP |
| Jocelyn Benson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Priorities USA .

Date: 12/11/2019

/s/ Jacki Anderson
*Attorney's signature*

Jacki Anderson  D.C. Bar No. 1531821
*Printed name and bar number*

Perkins Coie LLP
700 13th St NW, Suite 600
Washington, DC 20005
*Address*

jackianderson@perkinscoie.com
*E-mail address*

(202) 654-6200
*Telephone number*

(202) 654-6211
*FAX number*