UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA and
MARISSA ACCARDO

       Plaintiffs,                    Case No. 3:19-CV-13188

v.                                     HON. ROBERT H. CLELAND

JOCELYN BENSON, in her
official capacity as the Michigan
Secretary of State,

       Defendants,

and

THE MICHIGAN SENATE and
THE MICHIGAN HOUSE OF
REPRESENTATIVES,

       Intervenors-Defendants.
_____/

## STIPULATED ORDER FOR DISMISSAL

This matter having come before the Court on the stipulation of the parties below and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice, each party to bear its own costs and fees.

                                                            s/Robert H. Cleland
                                                            United States District Court Judge

Dated: May 8, 2020

STIPULATED AND AGREED:

/s/     Patrick G. Seyferth
Patrick G. Seyferth (P47475)
*Attorneys for the Michigan Senate and the Michigan House of Representatives*
100 W. Big Beaver Rd., Ste. 400
Troy, MI 48084
(248) 822-7800

/s/     Uzoma Nkwonta (*w/permission*)
Uzoma Nkwonta (admitted *pro hac vice*)
*Attorney for Plaintiffs*
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005
202.654.3347

/s/     Heather S. Meingast (*w/permission*)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
*Attorneys for Secretary of State Benson*
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020 I electronically filed the foregoing with the Clerk of the Court using the ECF System, which will send notification to all ECF counsel of record.

By:   /s/ Patrick G. Seyferth
       Patrick G. Seyferth (P47575)